UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-01204-MKV |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| FB HOLDINGS, LLC, | |
| Defendant. | |

---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant FB Holdings, LLC

DATED:  March 21, 2022            **MIZRAHI KROUB LLP**

                                                           /s/ Joseph H. Mizrahi
                                                          JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*